UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PETER CURET,

                 Plaintiff,                       **ORDER**

                                        **22-CV-9297 (RA) (JW)**

     -against-

MISA PLUMBING, LLC,

                 Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On February 3, 2023, the Parties filed a letter requesting that the Court adopt the Proposed Case Management Plan filed at Docket Number 15, and requesting adjournment of the conference currently scheduled for February 8, 2023. Dkt. No. 16. Both requests are GRANTED: the Proposed Case Management Plan is adopted, and the conference is adjourned.

The Parties are directed to file a joint status update letter with the Court by March 17, 2023, advising the Court on the status of mediation.

SO ORDERED.

DATED:    New York, New York
              February 6, 2023

                                                      _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge