UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER CURET,

                    Plaintiff,

                v.

MISA PLUMBING, LLC,

                    Defendant.

No. 22-cv-9297 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 26, 2023, this Court approved a settlement agreement as fair and reasonable under the FLSA and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Accordingly, the Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:      October 3, 2023
              New York, New York

_____
Hon. Ronnie Abrams
United States District Judge